UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 1/17/20        TIME: 10:04am (10 mins.)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR19-00366

DEFENDANT: Salvatore Zapeda        ATTORNEY:

DEFENDANT:        ATTORNEY:

DEFENDANT:        ATTORNEY:

ASSISTANT U.S. ATTORNEY: Craig Heeren

COURT REPORTER: Victoria Torres-Butler

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:        DEPUTY: T. Campbell

Deft is still a fugitive.
The govt does not have a time table for deft arrest.
Govt is working on different options to apprehend deft.
Further status conference is set for 7/17/20 at 10 am.