

U.S. Department of Justice

United States Attorney
Eastern District of New York

RCH
F. #2018R01833

271 Cadman Plaza East
Brooklyn, New York 11201

July 16, 2020

**To Be Filed Under Seal**
**By E-mail**

The government is directed to provide another status report on 2/26/21.

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

8/27/20         So Ordered
                /s/Carol Bagley Amon

Re: United States v. Salvador Cienfuegos Zepeda
    Criminal Docket No. 19-366 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter to update the Court on the status of the above-referenced case. In 2019, a grand jury sitting in the Eastern District of New York returned an indictment charging the defendant Salvador Cienfuegos Zepeda with narcotics trafficking and money laundering offenses. Cienfuegos Zepeda remains a fugitive. At present, special agents with the Drug Enforcement Administration responsible for the criminal investigation believe that Cienfuegos Zepeda is in Mexico. According to law enforcement databases, Cienfuegos Zepeda last crossed into the United States from Mexico in 2019, prior to his indictment. There currently is an active warrant for his arrest, and DEA special agents continue to attempt to locate and arrest the defendant. Accordingly, we respectfully request that the Court permit the government to provide the Court with an update on the status of this case on a schedule determined by the Court. Because Cienfuegos

Zepeda has not yet been arrested on the warrant issued by the Eastern District of New York in connection with the above-referenced matter, the government respectfully requests that this letter be filed under seal.

                          Respectfully submitted,

                          SETH D. DuCHARME
                          Acting United States Attorney

By:    /s/ Ryan C. Harris
                          Ryan C. Harris
                          Assistant U.S. Attorney
                          (718) 254-6489