

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. # 2018R01833/OCDETF #NYNYE-801

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2020

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Salvador Cienfuegos Zepeda
              Criminal Docket No. 19-366 (RML)

Dear Judge Levy:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                        Respectfully submitted,

                        SETH D. DuCHARME
                        Acting United States Attorney

            By:        /s/
                        Ryan C. Harris
                        Assistant U.S. Attorney
                        (718) 254-6489

Enclosure

cc:    Clerk of Court

RCH
F.# 2018R01833/OCDETF #NYNYE-801

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

SALVADOR CIENFUEGOS ZEPEDA,
   also known as "El Padrino" and Zepeda,",

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

P R O P O S E D   O R D E R

CR 19-366 (RML)

       Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ryan C. Harris, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
          10/16, 2020

                                      HONORABLE ROBERT M. LEVY
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK