

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. # 2018R01833/OCDETF #NYNYE-801

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2020

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Salvador Cienfuegos Zepeda
      Criminal Docket No. 19-366 (RML)

Dear Judge Levy:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

          Respectfully submitted,

          SETH D. DuCHARME
          Acting United States Attorney

      By:   /s/
          Ryan C. Harris
          Assistant U.S. Attorney
          (718) 254-6489

Enclosure

cc: Clerk of Court