UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                    19-CR-366 (CBA)

SALVADOR CIENFUEGOS ZEPEDA,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Gillian Kassner from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Gillian Kassner
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East
       Brooklyn, New York 11201
       Tel: (718) 254-6224
       Fax: (718) 254-6076
       Email: gillian.kassner@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Gillian Kassner at the email address set forth above.

Dated: Brooklyn, New York
October 22, 2020

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By: /s/ Gillian Kassner
Gillian Kassner
Assistant U.S. Attorney

cc: Clerk of the Court (CBA)