Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:20-mj-05010-DUTY All Defendants

Case title: USA v. Cienfuegos-Zepeda

Date Filed: 10/16/2020
Date Terminated: 10/23/2020

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Salvador Cienfuegos-Zepeda**
*TERMINATED: 10/23/2020*

represented by **Duane R Lyons**
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: duanelyons@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | |
|---|---|
| **USA** | represented by **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Salvador Cienfuegos-Zepeda, originating in the Eastern District of New York. Defendant charged in violation of: 21:841. Signed by agent Timothy Bech, DEA, Task Force Agent. (mrgo) (Entered: 10/26/2020) |
| 10/16/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Salvador Cienfuegos-Zepeda; defendants Year of Birth: 1948; date of arrest: 10/15/2020. (mrgo) (Entered: 10/26/2020) |
| 10/16/2020 | 3 | Defendant Salvador Cienfuegos-Zepeda arrested on warrant issued by the USDC Eastern District of New York at Brooklyn. [Indictment CR 19-366] (mrgo) (Entered: 10/26/2020) |
| 10/16/2020 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alexander F. MacKinnon as to Defendant Salvador Cienfuegos-Zepeda Defendant arraigned and states true name is as charged. Attorney: Duane R Lyons for Salvador Cienfuegos-Zepeda, Retained, present. Court orders defendant Temporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 10/20/2020 at 01:00 PM before Magistrate Judge Alexander F. MacKinnon. Court Reporter: Terri A. Hourigan. (mrgo) (Entered: 10/26/2020) |
| 10/16/2020 | 6 | WAIVER OF RIGHTS approved by Magistrate Judge Alexander F. MacKinnon as to Defendant Salvador Cienfuegos-Zepeda. (mrgo) (Entered: 10/26/2020) |
| 10/16/2020 | 7 | ORDER OF DETENTION by Magistrate Judge Alexander F. MacKinnon as to Defendant Salvador Cienfuegos-Zepeda. (mrgo) (Entered: 10/26/2020) |
| 10/20/2020 | 5 | MINUTES OF DETENTION HEARING (HELD VIA VTC) before Magistrate Judge Alexander F. MacKinnon as to Defendant Salvador Cienfuegos-Zepeda, The Court Orders the defendant permanently detained. The Court is advised that the defendant will be submitting a waiver of arrival of process and identity hearing. After the Court has received and approved the waiver, it is ordered that the defendant is held to answer to the Eastern District of New York. Upon the request of defendant, the order for removal will not be signed until October 23, 2020. Court Reporter: Sherri Kleeger. (mrgo) (Entered: 10/26/2020) |
| 10/20/2020 | 8 | MINUTES OF FURTHER PROCEEDINGS RE HEARING held before Magistrate Judge Alexander F. MacKinnon. Defendant Ordered detained. Court orders defendant held to answer to Eastern District of New York. Warrant of Removal and final commitment to issue. Court Smart: Zoom Webinar. (mrgo) (Entered: 10/26/2020) |

| 10/23/2020 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alexander F. MacKinnon that Defendant Salvador Cienfuegos-Zepeda be removed to the Eastern District of New York. (mrgo) (Entered: 10/26/2020) |
|---|---|---|
| 10/26/2020 | | Notice to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Salvador Cienfuegos-Zepeda. Your case number is: CR-19-366. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 9 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mrgo) (Entered: 10/26/2020) |