Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
10/16/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Salvador Cienfuegos-Zepeda<br>USMS# _____  PLAINTIFF<br>DEFENDANT | CASE NUMBER: 2:20-MJ-05010<br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on October 15 at 4:34 ☐ AM ☒ PM
   or
   The defendant was arrested in the CENTRAL District of CALIFORNIA on 10/15 at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 846 Conspiracy to Distribute

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No  ☒ Yes  Language: Spanish

7. Year of Birth: 1948

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith

10. Remarks (if any): _____

11. Name: Timothy Beck  (please print)

12. Office Phone Number: 310-215-2360/C: 702-265-5138   13. Agency: DEA

14. Signature: [signature]   15. Date: 10/15/20

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION