**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,

vs.

Salvador Cienfuegos-Zepeda

Defendant.

Western Division

Case Number: 2:20-MJ-05010
Initial App. Date: 10/16/2020
Initial App. Time: 1:00 PM

Out of District Affidavit
Custody

Date Filed: 10/16/2020
Violation: 21 USC 846
CourtSmart/Reporter: Terri Hourigan

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alexander F. MacKinnon**

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Pierson, Stacey — Deputy Clerk | Ben Balding, Assistant U.S. Attorney | F. Javier Villalobos, Spanish Interpreter/Language

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and preliminary hearing OR ☑ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
- ☑ Attorney: Ashley Mahmoudian, DFPD ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: Duane Lyons, Retd.
- ☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
- ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.
- ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 4:30 PM
- ☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
- ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
- ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
- ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☑ Case continued to (Date) 10/20/20 (Time) 1:00 AM/PM
  Type of Hearing: Detn hrg & P/P Before Judge MacKinnon / Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☑ Judge's Courtroom 780
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO: _____
- ☐ Other: _____

☐ PSA ☐ USPO   ☐ FINANCIAL   ☐ READY

Deputy Clerk Initials: hp / om

M-5 (10/13)  CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE  Page 1 of 1