# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - RULE 5/20 HEARING / DETENTION HEARING**

Case No. 20-05010M  CourtSmart: Zoom Webinar  Date: OCTOBER 20, 2020

Present: The Honorable ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | Ben Balding | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. SALVADOR CIENFUEGOS-ZEPEDA

☐ Present ☑ Custody ☐ Bond ☑ Not present

Attorney Present for Defendant: Duane Lyons

☑ Present ☐ CJA ☑ Retd ☐ DFPD ☐ Not present

**I. PROCEEDINGS:** ☐ IDENTITY HEARING ☐ REMOVAL HEARING ☐ PRELIMINARY HEARING ☐ RE POSSIBLE RULE 20 ☐ ARRIVAL OF PROCESS ☑ FURTHER PROCEEDINGS RE OUT-OF-DISTRICT CASE

☐ Process ☐ received ☐ not received
☐ Witness(es) CST ☐ Exhibits Marked ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information ☐ Complaint.
☐ Court finds ☐ probable cause ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☑ Defendant executed Waiver of Rights. ☐ Process received. ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to Eastern District of New York
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: October 20, 2020 By: IB .
☑ Final commitment and warrant of removal are ordered stayed until October 23, 2020 .
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at ☐ Los Angeles ☐ Riverside ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST ☐ Exhibits Marked ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel. ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____ before Judge _____ in courtroom _____ .
☐ Other: _____

I. _____ : 05
II. _____ : 15
Deputy Clerk Initials IB

M-50 (06/10)  MINUTES - RULE 5/20 HEARING / DETENTION HEARING