UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  **20-05010M**                                                                 Date: October 20, 2020

Present: The Honorable: **ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE**

Interpreter  N/A

| Ilene Bernal | Sherri Kleeger | Benjamin Balding |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| SALVADOR CIENFUEGOS-ZEPEDA | N/A | X | | Duane Lyons | X | | X |

**Proceedings: HRG: DETENTION HEARING (HELD VIA VTC)**

Detention hearing held. The defendant is ordered detained. The Court is advised that the defendant will be submitting a waiver of arrival of process and identity hearing. After the Court has received and approved the waiver, it is ordered that the defendant is held to answer to the Eastern District of New York. Upon the request of defendant, the order for removal will not be signed until October 23, 2020.

                                                                                                                    : 20
                                                     **Initials of Deputy Clerk**      IB