UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                19-CR-366 (CBA)

      -against-

                                                       **NOTICE OF APPEARANCE**

SALVADOR CIENFUEGOS ZEPEDA,

                 *Defendant.*
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that RICHARD WARE LEVITT, an attorney duly admitted to practice in the Courts of this District since February 1977, hereby appears as counsel of record for Defendant SALVADOR CIENFUEGOS ZEPEDA in the above-captioned matter.

Dated:  New York, New York
          November 5, 2020

                                                      Yours, etc.,

                                                    _____
                                                    Richard Levitt
                                                    Levitt & Kaizer
                                                    rlevitt@landklaw.com
                                                    40 Fulton Street, 23rd Floor
                                                    New York, N.Y. 10038
                                                    Tel. 212-480-4000
                                                    Fax 212 480-4444
                                                    rlevitt@landklaw.com
                                                    *Attorneys for Salvador*
                                                              *Cienfuegos Zepeda*