UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                       19 CR. 366 (CBA)

        -against-

                                          **NOTICE OF APPEARANCE**

 SALVADOR CIENFUEGOS ZEPEDA,

         *Defendant.*
--------------------------------------------------------X

        PLEASE TAKE NOTICE that NICHOLAS KAIZER, an attorney duly admitted

to practice in the Courts of this District since February 1989, hereby appears as additional

counsel for Defendant SALVADOR CIENFUEGOS ZEPEDA, in the above-captioned

matter.

Dated:  November 5, 2020
         New York, New York

                                    Yours, etc.,

                                    _____
                                    NICHOLAS KAIZER
                                    Levitt & Kaizer
                                    Attorneys at Law
                                    40 Fulton Street, 23rd Floor
                                    New York, New York 10038
                                    Telephone: 212/480-4000
                                    Facsimile: 212/480-4444
                                    Email: nkaizer@landklaw.com
                                    *Attorneys for Defendant*
                                    *Salvador Cienfuegos Zepeda*