UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 19-CR-366 (CBA)(SJB) |
| v. | |
| SALVADOR CIENFUEGOS ZEPEDA, | NOTICE OF APPEARANCE |
| Defendant. | |

---------------------------------------------------------X

       PLEASE TAKE NOTICE that Raymond R. Granger hereby appears as counsel of record for Defendant SALVADOR CIENFUEGOS ZEPEDA in the above-captioned matter.

Dated:  November 5, 2020
       New York, New York

 

                                                                                GRANGER & ASSOCIATES LLC

                                                                                By:    _____
                                                                                              Raymond R. Granger
                                                                         40 Fulton Street, 23rd Floor
                                                                         New York, New York  10038
                                                                         Telephone:  (212)732-7000
                                                                         Facsimile:  (212)732-7001
                                                                         RGranger@GrangerAssociates.com