**MINUTE ENTRY FOR CRIMINAL PROCEEDING**

BEFORE MAG. ____Steven M. Gold_____ ____ __          DATE : ___11-05-2020_____

DOCKET NUMBER: ___19-CR-366(CBA)_____          FTR # : **3:08 -3:45**_____

DEFENDANT'S NAME : _____Salvador Cienfuegos Zepeda_____
   __X__ Present          _____ Not Present          __X___ Custody          _____ Bail

DEFENSE COUNSEL: ____Edward Sapone_____
   _____ Federal Defender          _____ CJA          __X___ Retained

A.U.S.A: __Ryan Harris_____          CLERK:   M. Sica_____
COURT REPORTER: Stacy Mace_____

INTERPRETER:   Estrelita Plested_____          (Language)   Spanish_____

_X__Defendant arraigned on the: X__ indictment __ superseding indictment ____ probation violation
_X__ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.          _____          Defendant's first appearance.

   _____ Bond set at _____.
   Defendant ___ released ___ held pending satisfaction of bond conditions.
   _____ Defendant advised of bond conditions set by the Court and signed the bond.

   _____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

   _____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody.     _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

_X___ At this time, defense counsel states on the record that the defendant does not have a bail
        application / package. Order of detention entered with leave to reapply to a Magistrate
        or to the District Court Judge to whom the case will be assigned.
_____ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop _____

_____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

_X___ Status conference set for _11/18/20___ @ _10am__ before Judge _____Amon_____

Other Rulings:   All parties present via Video/teleconference.   The defendant was arraigned from the
MDC. Preliminary hearing is waived. Pretrial Officer Kathy Rodriguez present. Order of excludable
delay entered . Excluding time from 11-05-2020 thru 11/18/2020.   Brady Act ordered on the record.
Written order to follow .