UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                     19-CR-366(CBA)

SALVADOR CIENFUEGOS ZEPEDA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Allen L. Bode from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Allen L. Bode
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel: (718) 254-7996
> Email: Allen.Bode@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Allen L. Bode at the email address set forth above.

Dated:   Brooklyn, New York
           November 16, 2020

                                           Respectfully submitted,

                                           SETH D. DuCHARME
                                           Acting United States Attorney

                           By:    /s/ Allen L. Bode
                                           Allen L. Bode
                                           Assistant U.S. Attorney
                                           Chief, International Narcotics and Money
                                           Laundering Section

cc:    Clerk of the Court (CBA)