

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMK:ALB
F. #2018R01833

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2020

**TO BE FILED UNDER SEAL**

<u>By ECF</u>

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Salvador Cienfuegos Zepeda
> <u>Criminal Docket No. 19-366 (CBA)</u>

Dear Judge Amon:

   The government respectfully submits this Amended Proposed Order relating to the Motion to Dismiss filed earlier today with a change requested by counsel for the defendant.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney


By: /s Allen L. Bode
     Chief – International Narcotics and Money
     Laundering Section
     (718)254-7996

cc:  Counsel for the defendant (by ECF)
   Clerk of the Court (CBA) (by ECF)