UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 11/18/20        TIME: 10:23 am (22 mins.)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR19-00366

DEFENDANT: Salvador Cienfuegos Zepeda-c    ATTORNEY: Edward V. Sapone, Esq.

DEFENDANT:                                  ATTORNEY:

DEFENDANT:                                  ATTORNEY:

ASSISTANT U.S. ATTORNEY: Seth DuCharme & Allen Lee Bode

COURT REPORTER: Charleane Heading

INTERPRETER: Rosa Olivera-Nims

PROBATION OFFICER:

PRETRIAL OFFICERS:                          DEPUTY: T. Campbell

Conference held.
Govt. made removal application in Court.
Deft. consents to the application and is in full agreement.
Deft. sworn and advised.
The Court ruled on pending motion to dismiss.
Application granted based on Rule 48.
Case dismissed.