UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

SALVADOR CIENFUEGOS ZEPEDA,

Defendant.

- - - - - - - - - - - - - - -X

ORDER

Docket No. 19 CR 366 (CBA)

Upon the application of SETH D. DUCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Allen L. Bode, it is hereby

ORDERED that the underlying indictment, Criminal Docket No. 19-366, ECF Docket No. 1, be dismissed without prejudice;

ORDERED that the defendant SALVADOR CIENFUEGOS ZEPEDA be transported in the custody of the United States Marshal Service to Mexico and that the order of dismissal be stayed until the defendant enters Mexico; and

ORDERED that upon the arrival of the defendant SALVADOR CIENFUEGOS ZEPEDA in Mexico, the government is directed to file a notice with the Court confirming that the defendant has entered Mexico.

Dated:   Brooklyn, New York
         November 18, 2020

/s/ Carol Bagley Amon
HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK